IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUSSELL BOLER                                                                PETITIONER

v.                                                                 CIVIL NO. 1:23-cv-119-HSO-LGI

KELLY CHRISTOPHER                                                         RESPONDENT

<u>CERTIFICATE OF APPEALABILITY</u>

The Court entered a final order adverse to Petitioner Boler in this habeas corpus case, in which the detention complained of arises out of process issued by a state court.  After considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, this Court finds that a certificate of appealability should not issue.  Boler fails to show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

**SO ORDERED AND ADJUDGED,** this the 2nd day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE